

No. 15–0295/AR. U.S. v. Kevin D. Washington. CCA 20140826. Notice is hereby given that a brief in support of petition for extraordinary relief in the nature of a writ of coram nobis, which this Court construes as a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief in the nature of a writ of coram nobis, was filed under Rule 27(b) on this date.

Thursday, January 8, 2015

No. 15–0256/AR.  U.S. v. Rashad J. Valmont.  CCA 20110644.  Appellant's second motion to extend time to file the supplement to the petition for grant of review granted, but only up to and including January 27, 2015.

No. 15–0292/MC.  U.S. v. Timothy Baldwin.  CCA 201400014.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 27, 2015.

Monday, January 12, 2015